UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BURLINGTON RETAIL, LLC, <br><br> Plaintiff/Judgment Creditor, <br><br> v. <br><br> ALAMO GROUP, LLC, <br><br> Defendant/Judgment Debtor, <br><br> v. <br><br> UNION BANK, <br><br> Garnishee Defendant. | Case No. MC15-0079RSL <br><br> ORDER VACATING WRIT AND CLOSING CASE |

    Having reviewed plaintiff's response to the June 19, 2018, Order to Show Cause, the Second Amended Writ of Garnishment is hereby VACATED. The Clerk of Court is directed to close this matter.

    Dated this 20th day of June, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER VACATING WRIT AND
CLOSING CASE